UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:10-CR-281-1BO(2)

FILED
DEC 1 6 2010
DENNIS P. IAVARONE, CLERK
US DISTRICT COURT, EDNC
BY_____DEP CLK

UNITED STATES OF AMERICA )
)
)
vs.                      )           **ORDER**
)
)
CARLOS WILLIAMS          )

The Government has filed an unopposed Motion to Amend Judgment to correct the special assessment from $50.00 to $10.00, and to eliminate the period of supervised release.

The Government's motion is Allowed. The judgment shall be amended to state a special assessment of $10.00, and to delete the period of supervised release.

TERRENCE W. BOYLE
United States District Judge

DATE: December 16, 2010.